UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gavin Power, LLC,

    Plaintiff,

v.

United States Environmental Protection Agency, et al.,

    Defendants.

Case No. 2:24-cv-41

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiff moves for an expedited briefing schedule to respond to ECF No. 20. ECF No. 23. If Defendants oppose the motion to expedite, they shall file their response in opposition **by 5:00 p.m. on March 6, 2024**.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT