UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gavin Power, LLC,

    Plaintiff,

v.

United States Environmental Protection Agency, *et al.*,

    Defendants.

Case No. 2:24-cv-41

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

If no petition for rehearing has been filed by August 12, 2024, the parties shall file a joint motion to lift the stay in this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT