**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GAVIN POWER, LLC,**

    **Plaintiff,**

v.

                         **Civil Action 2:24-cv-0041
                         Judge Michael H. Watson
                         Magistrate Judge Elizabeth P. Deavers**

**UNITED STATE ENVIRONMENTAL
PROTECTION AGENCY,** *et al.***,**

    **Defendants.**

## ORDER

On August 30, 2024, Plaintiff filed an Amended Complaint.  (ECF No. 36.)  Accordingly, the parties are **DIRECTED** to file a revised Rule 26(f) Report on or before **OCTOBER 9, 2024**.

    **IT IS SO ORDERED.**

Date:  September 25, 2024                              /s/ *Elizabeth A. Preston Deavers*
                                                                 ELIZABETH A. PRESTON DEAVERS
                                                                 UNITED STATES MAGISTRATE JUDGE