IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GAVIN POWER, LLC,**

    **Plaintiff,**

v.

**UNITED STATE ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,

    **Defendants.**

Civil Action 2:24-cv-0041
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on the parties' Revised Rule 26(f) Report. (ECF No. 39.) The parties improperly use the Rule 26(f) Report to argue over a stay of discovery. (*Id.*)

Accordingly, the Court **STRIKES** the Revised Rule 26(f) Report (ECF No. 39), **TEMPORARILY STAYS** discovery, including initial disclosures, and **ORDERS** Defendants to properly move to stay discovery within **21 DAYS** of this Order.

**IT IS SO ORDERED.**

Date: December 12, 2024

MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE

/s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE