UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gavin Power, LLC,

    Plaintiff,

v.

United States Environmental
Protection Agency, *et al.*,

    Defendants.

Case No. 2:24-cv-41

Judge Michael H. Watson

Magistrate Judge Deavers

### ORDER

On September 23, 2025, the Court granted Plaintiff an extension (until November 9, 2025) to file a notice indicating whether it intends to amend its Amended Complaint. ECF No. 63. However, on October 1, 2025, in response to the federal government shutdown, the Court issued a General Order holding in abeyance all civil matters that, like this case, involved the United States as a party. *See* General Order 25-04; Am. General Order 25-04. The federal government shutdown ended on November 12, 2025, but, as of the date of this Order, Plaintiff has not submitted a notice regarding amendment. Accordingly, Plaintiff is **ORDERED** to file its notice of amendment **WITHIN SEVEN DAYS** of the date of this Order.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**