UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gavin Power, LLC,

    Plaintiff,

v.

United States Environmental
Protection Agency, *et al.*,

    Defendants.

Case No. 2:24-cv-41

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

In August 2025, the Court granted the motion to dismiss filed by the Environmental Protection Agency ("EPA") and its Administrator, Michael S. Regan (together, "Defendants"). ECF No. 60. Specifically, the Court dismissed with prejudice the waiver and estoppel claims (Counts IV and V) asserted by Gavin Power, LLC ("Plaintiff"), as well as Plaintiff's claim under the Administrative Procedure Act ("APA") arising from the EPA's alleged retroactive regulation (Count I). *Id.* at PAGEID # 3161. The Court also dismissed Plaintiff's APA claims arising from the EPA's alleged erroneous determinations (Count II) and due process deprivation (Count III), but the Court did so without prejudice, giving Plaintiff the opportunity to amend these claims if it wished. *Id.*

However, in its recent Notice, Plaintiff informs the Court that it does not plan to amend Counts II and III. ECF No. 65. As a result, Plaintiff moves the Court for a Final Order and Judgment. *Id.* at PAGEID # 3169.

Plaintiff's motion is well taken. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's remaining Counts II and III, consistent with its prior Opinion and Order, ECF No. 60. The Clerk shall enter judgment for Defendants and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**